LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
DAVID W. SCHECTER (State Bar No. 296251)
dschecter@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation; WEATHER GROUP, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S USA, LLC, a Delaware limited liability company,<br><br>Defendant. | **CASE NO. 2:21-cv-04972-FMO-MAA**<br><br>**PLAINTIFFS' NOTICE OF MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION OF CHRIS KEMPCZINSKI AND RESPONDENT MCDONALD'S CORPORATION'S MOTION TO QUASH**<br><br>Hearing Date: January 31, 2023<br>Location: Crtm. 690<br>Time: 10:00 a.m.<br><br>Assigned to: Hon. Fernando M. Olguin; Hon. Maria A. Audero<br><br>Complaint Filed: May 20, 2021<br>Case Removed: June 18, 2021<br>Discovery Cut-Off: Feb. 15, 2023<br>Final PTC: Sept. 1, 2023<br>Trial Date: Sept. 19, 2023 |

592881.1

NOTICE OF PLAINTIFFS' MOTION TO COMPEL

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on January 31, 2023, at 10:30 a.m., or as soon thereafter as the matter may be heard by the Court in Courtroom 690 of the United States District Court, Central District (Western Division), located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, before Hon. Maria A. Audero, Plaintiffs Entertainment Studios Networks, Inc. ("ESN") and Weather Group, LLC ("TWG") (collectively, "Plaintiffs") will and hereby do move for an order compelling Rule 45 subpoena recipient McDonald's Corporation to: (1) produce its CEO Christopher Kempczinski for a full-day deposition; and (2) produce certain documents in response to Plaintiffs' Rule 45 subpoena.  This motion is presented in the form of a Joint Stipulation pursuant to Local Rule 37-2, and Plaintiffs and Defendant McDonald's USA, LLC and respondent McDonald's Corporation (collectively, "McDonald's") have agreed to present McDonald's Corporation's Motion to Quash the Rule 45 subpoena to it and Mr. Kempczinski as part of the same Joint Stipulation.

    This Motion (and McDonald's related motion to quash, presented concurrently) is based on this Notice, the Joint Stipulation Pursuant to Local Rule 37-2, and the Appendix thereto, all of the records and files in this action, argument of counsel, and such additional matters of which the Court may take judicial notice or come before the Court at the hearing on this matter.

DATED:  January 5, 2023        MILLER BARONDESS, LLP

By:    */s/ David W. Schecter*
        DAVID W. SCHECTER
        Attorneys for Plaintiffs Entertainment
        Studios Network, Inc. and Weather
        Group, LLC