# Exhibit A

| | |
|---|---|
| **From:** | Amy Andrews |
| **To:** | Tisarai Johnson; "lelynch@paulweiss.com"; Patricia Holmes; Shalem Massey; Jennifer Steeve |
| **Cc:** | David W. Schecter; Murad Salim |
| **Subject:** | RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's Corporation; USDC Case No. 2:21-cv-04972-FMO-MAA |
| **Date:** | Friday, May 27, 2022 3:40:59 PM |
| **Attachments:** | image001.png |

David and Team,

We represent McDonald's Corporation in connection with the below-referenced subpoena. Please be advised that pursuant to FRCP 45(d)(2)(B), McDonald's Corporation objects to the subpoena on the basis that it calls for irrelevant information, is overly broad, and seeks disclosure of privileged material. A detailed letter documenting the basis of the objections and providing a more fulsome response to the subpoena will be provided next week.

Thanks and enjoy the holiday weekend,

Amy

Amy C. Andrews (bio)

**Riley Safer Holmes & Cancila LLP**

70 W. Madison Street, Suite 2900

Chicago, Illinois 60602

(312) 471-8756

aandrews@rshc-law.com

www.rshc-law.com



**From:** Tisarai Johnson
**Sent:** Friday, May 13, 2022 6:03 PM
**To:** Amy Andrews ; 'lelynch@paulweiss.com' ; Patricia Holmes ; Shalem Massey ; Jennifer Steeve
**Cc:** David W. Schecter ; Murad Salim
**Subject:** [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's Corporation; USDC Case No. 2:21-cv-04972-FMO-MAA

On behalf of David W. Schecter, please find the below document in connection with the above referenced matter:

1. ESN's Subpoena for Production of Documents to McDonald's corporation

**Tisarai Johnson**

**Legal Assistant/Paralegal**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000

Los Angeles, CA 90067

Main: 310-552-4400

Fax: 310-552-8400

tjohnson@millerbarondess.com

www.millerbarondess.com

 Please consider the environment – do you really need to print this email?

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.