# Exhibit C

**EXHIBIT C - Page 24**

| | |
|---|---|
| **From:** | Amy Andrews |
| **To:** | Tisarai Johnson; Patricia Holmes; Shalem Massey; Jennifer Steeve; "lelynch@paulweiss.com" |
| **Cc:** | David W. Schecter; Murad Salim |
| **Subject:** | Re: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's Corporation; Case No. 2:21-cv-04972-FMO-MAA |
| **Date:** | Saturday, June 11, 2022 10:39:45 AM |

David,

I will accept service of these on behalf of McDonald's Corporation. Do not serve them personally. As we have previously advised you, we will move to quash and/or for a protective order.

Thanks,
Amy

Amy Andrews
Riley Safer Holmes & Cancila LLP

**From:** Tisarai Johnson
**Sent:** Friday, June 10, 2022 9:59:02 PM
**To:** Patricia Holmes ; Amy Andrews ; Shalem Massey ; Jennifer Steeve ; 'lelynch@paulweiss.com'
**Cc:** David W. Schecter ; Murad Salim
**Subject:** [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's Corporation; Case No. 2:21-cv-04972-FMO-MAA

On behalf of David W. Schecter, please find the following notices in connection with the above referenced matter.

1. Notice of Rule 45 Subpoena to Chris Kempczinski on 07-07-2022
2. Notice of Rule 45 Subpoena to Morgan Flatley on 07-06-2022
3. Notice of Rule 45 Subpoena to Steve Easterbrook on 07-05-2022

**Tisarai Johnson**
**Legal Assistant/Paralegal**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Fax: 310-552-8400
tjohnson@millerbarondess.com
www.millerbarondess.com

Please consider the environment – do you really need to print this email?
CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us

EXHIBIT C - Page 25

immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

**EXHIBIT C - Page 26**