# Exhibit F

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                         WESTERN DIVISION
 4
 5    ENTERTAINMENT STUDIOS         )
      NETWORKS, INC., a             )
 6    California corporation;       )
      WEATHER GROUP, LLC, a         )
 7    Delaware limited liability    )
 8    company,                      )Case No.
 9          Plaintiffs,             )2:21-cv-04972-FMO-MAA
            -vs-                    )
10    McDONALD'S USA, LLC, a        )
11    Delaware limited liability    )
12    company,                      )
13          Defendant.              )
      _____)
14        CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALYCIA MASON
15
16       The deposition of ALYCIA MASON, called for
17    examination pursuant to the Rules of Civil Procedure for
18    the United States District Courts pertaining to the
19    taking of depositions, taken before Megan M. Bowman,
20    Certified Shorthand Reporter within and for the County
21    of Cook and State of Illinois, at Riley Safer Holmes &
22    Cancila LLP, 70 West Madison Street, Suite 2900,
23    Chicago, Illinois, on the 24th day of August, 2022, at
24    9:30 a.m.
25
```

Page 1

```
 1                A P P E A R A N C E S
 2   FOR THE PLAINTIFF(S):
 3               David W. Schecter
                 Margret Flodeen
 4               MILLER BARONDESS, LLP
                 1999 Avenue of the Stars
 5               Suite 1000
                 Los Angeles, CA 90067
 6               310.552.4400
                 dschecter@millerbarondess.com
 7
 8   FOR THE DEFENDANT(S):
 9               Amy Andrews
                 Robert Foley
10               RILEY SAFER HOLMES & CANCILA LLP
11               70 West Madison
                 Suite 2900
12               Chicago, IL 60601
                 312.471.8700
13               aandrews@rshc-law.com
14               rfoley@rshc-law.com
15
16   ALSO PRESENT:
17   Ross Colby, videographer
     Monica Mosby, Senior Counsel, McDonald's Corporation
18
19   PRESENT VIA ZOOM:
     Licette Lozano (Veritext)
20   Byron Allen
21   Darren Galatt
22   Eric Gould
23   Jeff Mayes
24   Tom O'Brien
25   Janice Arouh
```

Page 2

CONFIDENTIAL



```
20   Q    So for your entire time at McDonald's you've
21        reported directly to the CMO?
22   A    Correct.
23   Q    Do you report only to the CMO?
24   A    Correct.
25   Q    Do you work with any other senior executives I'll
```

Page 15

```
1            define as the c-suite so the CEO, general counsel,
2            things like that, CFO in your job?
3      A     Yes.  I work with other senior executives at
4            McDonald's.
5      Q     In what roles -- strike that.
6                  In what sense have you worked with the CEO of
7            McDonald's at any point since you've been there?
8      A     Which CEO of McDonald's?
9      Q     We can start with Mr. Easterbrook.
10     A     I've never worked with him.
11     Q     So Mr. Kempczinski then.  In what sense have you
12           worked with Mr. Kempczinski at your time at
13           McDonald's?
14     A     When he was the US president.
15     Q     And so you -- you haven't worked with
16           Mr. Kempczinki as CEO?
17     A     Nope.
```

[redacted]

Page 16

CONFIDENTIAL

```
 1         [redacted]
 2    [redacted]
 3    [redacted]
 4    [redacted]
 5    [redacted]
 6    [redacted]
 7    [redacted]
 8    [redacted]
 9  Q  So Mr. Kempczinski sent out his text messages with
10     the mayor internally within McDonald's?
11  A  Yes.
12  Q  What was the point of that?
13          MS. ANDREWS:  Objection, form and foundation.
14  A  I don't know his intent of sending it out of -- to
15     the employees.
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]
```

Page 190



```
19   Q    Did -- do you know if Mr. Kempczinski had any
20        personal knowledge as to what happened in either of
21        these incidents?
22             MS. ANDREWS:  Objection, form and foundation.
23   A    I don't speak to Chris so I have no idea what he
24        knows or does not know.
25   Q    Do you know if Mr. Kempczinski did his own
```

Page 193

| | | |
|---|---|---|
| 1 | | investigation before sending the text message? |
| 2 | | MS. ANDREWS: Same objections. |
| 3 | A | I know nothing. Chris and I do not speak so I |
| 4 | | would not know what he would do on his own time. |
| 5 | | [REDACTED] |
| 6 | | [REDACTED] |
| 7 | | [REDACTED] |
| 8 | | [REDACTED] |
| 9 | Q | Isn't it true that McDonald's has agreed to conduct |
| 10 | | a civil rights assessments -- a civil rights |
| 11 | | assessment of the company through a third-party |
| 12 | | firm? |
| 13 | | MS. ANDREWS: Objection, form and foundation. |
| 14 | A | That is my understanding that that happened at the |
| 15 | | last shareholder meeting. |
| 16 | Q | Isn't it true that the board and management voted |
| 17 | | against the audit? |
| 18 | | MS. ANDREWS: Same objections. She's not on |
| 19 | | the board. |
| 20 | A | I have no idea if they voted for or for not against |
| 21 | | it. |
| 22 | Q | Was there any internal discussion as to whether |
| 23 | | McDonald's would support or oppose the request for |
| 24 | | a third-party audit? |
| 25 | A | I'm not a part of any of those conversations. |

Page 194

| | | |
|---|---|---|
| 1 | Q | Did anyone discuss it with you? |
| 2 | A | No. |
| 3 | Q | Based on your experience at McDonald's do you agree |
| 4 | | that a civil rights audit from a third-party firm |
| 5 | | is required? |
| 6 | | MS. ANDREWS: Objection, form. |
| 7 | A | I can't speak because I'm not exactly even sure |
| 8 | | what a audit from a third party civil rights is so |
| 9 | | I -- I don't know. |
| 10 | Q | Do you know what the status of the audit is? |
| 11 | A | No. |
| 12 | Q | Do you know who the third-party firm is? |
| 13 | A | No. |
| 14 | Q | Do you know if the firm is looking at McDonald's |
| 15 | | media buying? |
| 16 | A | No idea. |

Page 195

```
 1        [REDACTED]
 2   A    [REDACTED]
 3   Q    You said you don't talk to Mr. Kempczinski.  So is
 4        it your testimony that you've never spoken with
 5        him?
 6   A    That is not my testimony.  Yes.  I have spoken to
 7        him in the capacity when he was the US president.
 8   Q    But since he became CEO it's your testimony that
 9        you've never spoken with him?
10   A    I've been on email exchanges.  I maybe have seen
11        him in the McCafe and said hi, but I have not had a
12        meeting with him or a phone conversation speaking
13        with him.
```



Page 196

CONFIDENTIAL

```
 1   A   I always am working on practicing my values.
 2   Q   Were you ever involved in any meeting at McDonald's
 3       to talk about the allegations in the Guster-Hines
 4       lawsuit namely that Mr. Kempczinski allegedly said
 5       that the numbers of African Americans don't matter?
 6   A   No.
```



```
18   Q   Are you familiar with the Herb Washington case?
19   A   No.
```

```
22   Q   He is.  Mr. Washington claimed that generally
23       speaking he was discriminated against on the basis
24       of race because he was denied certain quality
25       territory that was reserved for white franchisees.
```

Page 198

1   So with that, do you know anything about
2   Mr. Washington's claims?
3        MS. ANDREWS: Objection to form.
4   A    No.



Page 199

CONFIDENTIAL

1  REPORTER'S CERTIFICATE

2

3  I, Megan M. Bowman, a Certified Shorthand

4  Reporter, do hereby certify that on August, 24,

5  2022, the deposition of the witness, ALYCIA MASON,

6  called by the Plaintiffs, was taken before me,

7  reported stenographically and was thereafter

8  reduced to typewriting through computer-aided

9  transcription.

10  The said witness, ALYCIA MASON, was first duly

11  sworn to tell the truth, the whole truth, and

12  nothing but the truth, and was then examined upon

13  oral interrogatories.

14  I further certify that the foregoing is a true,

15  accurate and complete record of the questions asked

16  of and answers made by the said witness, at the

17  time and place hereinabove referred to.

18  The signature of the witness was requested by

19  agreement.

20  The undersigned is not interested in the within

21  case, nor of kin or counsel to any of the parties.

22

23

24

25

Page 237

CONFIDENTIAL

```
 1        Witness my official signature on this 30th day
 2   of August, 2022.
 3
 4
 5        [Signature: Megan Bowman]
 6
 7        Megan M. Bowman, CSR
 8
 9        License No. 084-004916
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```