# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ENTERTAINMENT STUDIOS )
NETWORKS, INC., a )
California corporation; )
WEATHER GROUP, LLC, a )
Delaware limited liability )
company, ) Case No.
Plaintiffs, ) 2:21-cv-04972-FMO-MAA
-vs- )
McDONALD'S USA, LLC, a )
Delaware limited liability )
company, )
Defendant. )
_____________________________

CONFIDENTIAL VIDEOTAPED DEPOSITION OF SHEILA HAMILTON

The deposition of SHEILA HAMILTON, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Megan M. Bowman, Certified Shorthand Reporter within and for the County of Cook and State of Illinois, at Riley Safer Holmes & Cancila LLP, 70 West Madison Street, Suite 2900, Chicago, Illinois, on the 25th day of August, 2022, at 9:30 a.m.

A P P E A R A N C E S

FOR THE PLAINTIFF(S):

David W. Schecter
Murad Salim
MILLER BARONDESS, LLP
1999 Avenue of the Stars
Suite 1000
Los Angeles, CA 90067
310.552.4400
dschecter@millerbarondess.com
msalim@millerbarondess.com

FOR THE DEFENDANT:

Amy Andrews
Robert Foley
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison
Suite 2900
Chicago, IL 60601
312.471.8700
aandrews@rshc-law.com
rfoley@rshc-law.com

ALSO PRESENT:

Ross Colby, videographer
Monica Mosby, Senior Counsel, McDonald's Corporation

PRESENT VIA ZOOM:

Byron Allen
Darren Galatt
Eric Gould
Jeff Mayes
Tom O'Brien
Janice Arouh

CONFIDENTIAL



Q Do you talk to Mr. Kempczinski at McDonald's?
A I do not.

[redacted]

Q Do you -- do you know who Herb Washington is?
A I do not.
Q Do you know if there is an operator review board either within McDonald's or contracted by McDonald's that would hear complaints by operators against McDonald's?
A Not that I'm necessarily aware of, but I know we take complaints seriously.
Q But I'm saying do you know if there is such a board exists?
A I do not know if there's a board.
Q Do you know -- so I take it you don't know if there was a report on Mr. Washington's complaints?
A I do not know.
Q Are you familiar with the lawsuit brought by African American executives referred to as the

Guster-Hines lawsuit?
A I am not.
[redacted]
Q And the allegations in that case, they allege that Mr. Kempczinski told them that the numbers of African Americans don't matter.
Have you ever heard Mr. Kempczinski say something like that?
A No.
MS. ANDREWS: Objection to form.
Q Have you ever heard anyone at McDonald's say something like that?
MS. ANDREWS: Same objection.
A No.
Q The former executives allege that they were labeled "angry black women."
Have you ever heard anyone say that at McDonald's?
A No.
Q Does that sound like any of white male executives at McDonald's?
MS. ANDREWS: Objection, form.

A Not that I have had exposure to.

[redacted]

Q Did in that town hall Mr. Kempczinski apologize?
A Yes.
Q Do you know if any of McDonald's employees demanded an apology?
MS. ANDREWS: Objection to form.
A I do not know.
Q Have you ever seen the text message?
A I have read it.

[redacted]

CONFIDENTIAL

[redacted]

Page 87

Veritext Legal Solutions
866 299-5127

EXHIBIT G - Page 55

REPORTER'S CERTIFICATE

I, Megan M. Bowman, a Certified Shorthand Reporter, do hereby certify that on August, 25, 2022, the deposition of the witness, SHEILA HAMILTON, called by the Plaintiffs, was taken before me, reported stenographically and was thereafter reduced to typewriting through computer-aided transcription.

The said witness, SHEILA HAMILTON, was first duly sworn to tell the truth, the whole truth, and nothing but the truth, and was then examined upon oral interrogatories.

I further certify that the foregoing is a true, accurate and complete record of the questions asked of and answers made by the said witness, at the time and place hereinabove referred to.

The signature of the witness was requested by agreement.

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

Witness my official signature on this 30th day of August, 2022.

Megan Bowman

Megan M. Bowman, CSR

License No. 084-004916