# Exhibit K

| | |
|---|---|
| **From:** | Amy Andrews |
| **To:** | David W. Schecter; Patricia Holmes; "lelynch@paulweiss.com"; Shalem Massey; Jennifer Steeve |
| **Cc:** | Murad Salim; Skip Miller; Margret Flodeen; Matthew Kennison |
| **Subject:** | RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA |
| **Date:** | Wednesday, November 09, 2022 1:30:43 PM |
| **Attachments:** | image001.png<br>image002.png<br>STIP - Fourth Stipulation and Order to Continue Trial and Extend Pre-Trial Deadlines [RSHC edits].docx<br>Stip - Proposed Order Approving Fourth Stipulation to Continue Trial and Extend Pre-Trial Deadlines [RSHC edits].docx |

David,

Our edits to the proposed stipulation and order are attached. When we discussed this issue, it was to agree to an extension of the fact discovery cut-off for the limited purpose of completing the open discovery issues, not a wholesale extension of all case deadlines for 90 days. I've edited both documents accordingly. Please let me know if you want to discuss.

Relatedly, regarding the two subpoenas to McDonald's Corporation, the Company will make Morgan Flatley available for a deposition, for a total of 2 hours on the record, taken remotely. McDonald's Corporation's objections to the subpoena to Chris Kempczinski remain as previously stated.

Thanks,
Amy

Amy C. Andrews (bio)
**Riley Safer Holmes & Cancila LLP**
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com



**From:** David W. Schecter
**Sent:** Wednesday, November 9, 2022 9:30 AM
**To:** Amy Andrews ; Patricia Holmes ; 'lelynch@paulweiss.com' ; Shalem Massey ; Jennifer Steeve
**Cc:** Murad Salim ; Skip Miller ; Margret Flodeen ; Matthew Kennison
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

Amy:
Attached is a draft stipulation and proposed order.
-David

**David W. Schecter**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400
dschecter@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** Amy Andrews <AAndrews@rshc-law.com>
**Sent:** Tuesday, November 08, 2022 3:43 PM
**To:** David W. Schecter <dschecter@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Skip Miller <smiller@Millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>; Matthew Kennison <MKennison@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

David,

November 15 works for Sydnie Karras. On the de-designation of Mr. Allen for Topic 7, please advise as to your basis for doing so. I am not aware of any legal authority that permits a party to de-designate sworn testimony of a corporate witness after the fact.

I expect to have a response to your letter tomorrow. As for the stipulation, I was under the impression after our discussion last week that you would be preparing an initial draft. We can certainly do so, however, and send to you for review.

Thanks,
Amy

Amy C. Andrews (bio)
**Riley Safer Holmes & Cancila LLP**
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com



**From:** David W. Schecter <dschecter@millerbarondess.com>
**Sent:** Tuesday, November 8, 2022 2:22 PM
**To:** Amy Andrews <AAndrews@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Skip Miller <smiller@Millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

Amy:

Plaintiffs are designating Sydnie Karras (VP, Chief Accounting Officer, Allen Media Group) as the corporate witness for Topic No. 8 for both ESN and Weather Group. Also, Plaintiffs are de-designating Byron Allen as the corporate witness for Topic No. 7 for both ESN and Weather Group, and Ms. Karras will take his place for both Plaintiffs on that topic. Ms. Karras is available November 15. Please let me know if that works.

Plaintiffs are designating Roy Restivo (EVP, Research, Allen Media Group) as the corporate witness for Topic No. 11 for both ESN and Weather Group. We will provide a proposed date shortly.

When will we receive a response to my October 29, 2022 letter? For the stipulation to continue fact discovery, will McDonald's prepare the draft? We would like to file it this week as fact discovery closes next week.

Regards,
David

**David W. Schecter**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000

Los Angeles, CA 90067

Main: 310-552-4400

Direct: 310-552-7567

Fax: 310-552-8400

dschecter@millerbarondess.com

www.millerbarondess.com

Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** David W. Schecter
**Sent:** Saturday, October 29, 2022 3:51 PM
**To:** 'Amy Andrews' <AAndrews@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Skip Miller <smiller@millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

Amy:

November 4 will not work. I have a deposition that day in another matter and a hearing.

It will have to be the week after. I will provide dates shortly.

-David

**David W. Schecter**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000

Los Angeles, CA 90067

Main: 310-552-4400

Direct: 310-552-7567

Fax: 310-552-8400

dschecter@millerbarondess.com

www.millerbarondess.com

Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** Amy Andrews <AAndrews@rshc-law.com>
**Sent:** Thursday, October 27, 2022 3:32 PM
**To:** David W. Schecter <dschecter@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Skip Miller <smiller@Millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** Re: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

David,

Regarding Topic Nos. 8 and 11, since we will already be on the West Coast, we would prefer to conduct the deposition of the designee(s) in person on November 4. Please advise.

Thanks,

Amy

Amy C. Andrews

Riley Safer Holmes & Cancila LLP

---

**From:** David W. Schecter <dschecter@millerbarondess.com>
**Sent:** Wednesday, October 26, 2022 12:58:18 AM
**To:** Amy Andrews <AAndrews@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Skip Miller <smiller@Millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

Counsel:

See attached.

Regards,

David

**David W. Schecter**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000

Los Angeles, CA 90067

Main: 310-552-4400

Direct: 310-552-7567

Fax: 310-552-8400

dschecter@millerbarondess.com

www.millerbarondess.com

Biography

 Please consider the environment – do you really need to print this email?

**From:** David W. Schecter
**Sent:** Monday, October 24, 2022 11:13 PM
**To:** 'Amy Andrews' <AAndrews@rshc-law.com>; Tisarai Johnson <tjohnson@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Matthew Kennison <MKennison@rshc-law.com>; Skip Miller <smiller@millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

Thanks Amy. We will add that available date and file tomorrow.

As to Mr. Allen's deposition, we will be responding to your October 18 letter and your e-mail below. We should be able to respond by tomorrow, but not by noon Central. We just got your October 18 letter less than a week ago, and that letter responds to my letter sent over two months ago. My suggestion is that we get on a call to discuss if there are any remaining issues later this week.

**David W. Schecter**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400
dschecter@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Amy Andrews <AAndrews@rshc-law.com>
**Sent:** Monday, October 24, 2022 7:43 PM
**To:** David W. Schecter <dschecter@millerbarondess.com>; Tisarai Johnson <tjohnson@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Matthew Kennison <MKennison@rshc-law.com>; Skip Miller <smiller@Millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

David,

I am available for an IDC on Thursday after 10 AM central and before 4 PM central.

As for the deposition dates, as we have previously discussed, McDonald's USA has issued a deposition notice to Mr. Allen in his personal capacity, as well as separate Rule 30(b)(6) notices to each Plaintiff. Under the rules, Plaintiffs must provide a witness for 7 hours on the record for each notice, for a total of 21 hours of deposition testimony. FRCP 30(d)(1). At a bare minimum, you must make Mr. Allen available for 7 hours in his individual capacity. In addition, because you have designated Mr. Allen as the corporate representative for 5 of the 12 Rule 30(b)(6) topics for each Plaintiff (and simply asked for "clarity" on the remaining 7, which was provided in my October 18 letter), Defendant is entitled to as much as 14 hours of additional testimony from Mr. Allen. In my October 18 letter, we proposed a compromise of a total of 12 hours of testimony for Mr. Allen in his personal and corporate capacity, and by my email below, I asked you to confirm that agreement. Your response that Plaintiffs object to a multi-day deposition, and suggestion that the parties can "revisit" the issue on November 2, after multiple attorneys have traveled from across the country to Los Angeles to attend the deposition is wholly unacceptable, particularly in light of the impending discovery cut-off. Please advise by Noon central tomorrow whether Mr. Allen will be available on November 2 and November 3 for his individual and the Rule 30(b)(6) deposition. If Plaintiffs are unwilling to confirm these dates at this time, we will add this issue to those to be raised before the Magistrate during the IDC this week.

Thanks,
Amy

Amy C. Andrews (bio)

Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com



**From:** David W. Schecter <dschecter@millerbarondess.com>
**Sent:** Monday, October 24, 2022 5:11 PM
**To:** Amy Andrews <AAndrews@rshc-law.com>; Tisarai Johnson <tjohnson@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Matthew Kennison <MKennison@rshc-law.com>; Skip Miller <smiller@Millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

Thanks. Instead of tomorrow, are there times on Thursday that work for you? I am free any time that day. I'd like to give the court more notice.

Also, on the Chris Kempczinski IDC, we would like to attach the portion of the Court's ruling on the MTD. Both sides reference it in their portions and it would help to have it as part of the filing. The proposed exhibit is attached.

As for Mr. Allen's deposition, our position is that a second day is not necessary and would be inappropriate, but this is an issue we can revisit on November 2. If we need to, Mr. Allen will have time available on November 3rd, but as you know we continue to object to a multi-day deposition. Hope that answers your question.

**David W. Schecter**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400
dschecter@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** Amy Andrews <AAndrews@rshc-law.com>
**Sent:** Monday, October 24, 2022 2:52 PM
**To:** David W. Schecter <dschecter@millerbarondess.com>; Tisarai Johnson <tjohnson@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>;

Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Matthew Kennison <MKennison@rshc-law.com>; Skip Miller <smiller@Millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

David,

Attached are the two IDC requests. I deleted the suggested conference for today; I could be available tomorrow other than 2-3 Central.

Also, please confirm that Mr. Allen is available to continue his deposition to November 3 per the discussion in my letter of last week.

Thanks,
Amy

Amy C. Andrews (bio)
**Riley Safer Holmes & Cancila LLP**
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com



**From:** David W. Schecter <dschecter@millerbarondess.com>
**Sent:** Monday, October 24, 2022 11:41 AM
**To:** Amy Andrews <AAndrews@rshc-law.com>; Tisarai Johnson <tjohnson@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Matthew Kennison <MKennison@rshc-law.com>; Skip Miller <smiller@Millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

Amy:

Following up on these IDC forms. Thanks.

-David

**David W. Schecter**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400
dschecter@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** David W. Schecter
**Sent:** Tuesday, October 18, 2022 11:27 PM
**To:** 'Amy Andrews' <AAndrews@rshc-law.com>; Tisarai Johnson <tjohnson@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** Murad Salim <msalim@millerbarondess.com>; Matthew Kennison <MKennison@rshc-law.com>; Skip Miller <smiller@millerbarondess.com>; Margret Flodeen <mflodeen@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

Amy:

Attached are our inserts for the IDC forms. We do not agree to combine these discovery disputes into one form. They are different issues that involve different facts and circumstances.

The dates proposed in each form are the same. They represent the earliest we could do a hearing on the given day. On all three days, we are available any time after the time listed.

Please insert McDonald's portion. Our office can handle the filings.

Regards,
David

**David W. Schecter**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400
dschecter@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Amy Andrews <AAndrews@rshc-law.com>
**Sent:** Wednesday, October 12, 2022 2:21 PM
**To:** Tisarai Johnson <tjohnson@millerbarondess.com>; Patricia Holmes <pholmes@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** David W. Schecter <dschecter@millerbarondess.com>; Murad Salim <msalim@millerbarondess.com>; Matthew Kennison <MKennison@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

David,

Per our meet and confer last week, McDonald's Corp. has considered whether to produce Ms. Flatley for a deposition, and concluded that it will seek a protective order and/or to quash the subpoenas directed to it for both Ms. Flatley and Mr. Kempczinski. Our request for an IDC with

Magistrate Audero is attached; please add Plaintiffs' position. We are available to conference with the Court on 9/14 before 10 AM Pacific or after 1:00 Pacific, on 9/17 before 9 AM Pacific, or on 9/18 before 11 AM Pacific.

Thanks,
Amy

Amy C. Andrews (bio)
**Riley Safer Holmes & Cancila LLP**
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com



**From:** Tisarai Johnson <tjohnson@millerbarondess.com>
**Sent:** Tuesday, September 27, 2022 3:45 PM
**To:** Patricia Holmes <pholmes@rshc-law.com>; Amy Andrews <AAndrews@rshc-law.com>; 'lelynch@paulweiss.com' <lelynch@paulweiss.com>; Shalem Massey <SMassey@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Cc:** David W. Schecter <dschecter@millerbarondess.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** [EXTERNAL EMAIL] Entertainment Studios, Inc., et al. v. McDonald's USA, LLC; Case No. 2:21-cv-04972-FMO-MAA

On behalf of David W. Schecter, please find our correspondence dated September 27, 2022, in connection with the above referenced matter.

**Tisarai Johnson**
**Legal Assistant/Paralegal**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Fax: 310-552-8400
tjohnson@millerbarondess.com
www.millerbarondess.com

🌲 Please consider the environment – do you really need to print this email?

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.

| |
|---|
| CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe. |
| CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe. |
| CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe. |
| CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe. |
| CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe. |

| |
|---|
| CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe. |