# Exhibit L

**EXHIBIT L - Page 95**

| | |
|---|---|
| **From:** | Murad Salim |
| **To:** | Amy Andrews; Shalem Massey; Jennifer Steeve; Patricia Holmes; lelynch@paulweiss.com; "Matthew Kennison"; sbuergel@paulweiss.com; Robert Foley |
| **Cc:** | David W. Schecter; Skip Miller |
| **Subject:** | ESN v. McDonald"s - L.R. 37-2 Joint Stipulation re Plaintiffs" Motions to Compel (2:21-cv-04972-FMO-MAA) |
| **Date:** | Tuesday, December 13, 2022 6:03:26 PM |
| **Attachments:** | MTC - Joint Stipulation (Local Rule 37-2) for Plaintiff"s Motion to Compel Depositions of Chris K. and M. Flatley and Production of Chris K. Docs.DOCX |

Counsel,

On behalf of Plaintiffs in the above-referenced matter, pursuant to Local Rule 37-2, please find attached Plaintiffs' portion of the Joint Stipulation regarding Plaintiffs' motions to compel production of documents and the depositions of Chris Kempczinski and Morgan Flatley.  Additionally, please find at the end of this email a link and password for all exhibits in support of Plaintiffs' portion of the Joint Stipulation.

In accordance with Local Rule 37-2.2, please note that you have seven (7) days to provide your portions of the joint stipulation, together with all declarations and exhibits to be offered in support of your position.  As such, your portions are due to be served no later than **December 20, 2022**.

Further, as you know, we disagree with many of McDonald's confidentiality designations.  Nevertheless, we are amenable to filing this Joint Stipulation partly under seal.  Pursuant to Local Rule 79-5.2.2(b), the filing party (Plaintiffs) must meet and confer with the Designating Party (McDonald's) to attempt to eliminate or minimize the need for filing under seal, at least 3 days before seeking to file under seal.  Because we intend to file by December 21, 2022, the deadline to meet and confer is **December 16, 2022**.  Please let us know your availability this week to meet and confer.  Please note the Local Rules will ultimately require McDonald's to file an Application to justify its confidentiality designations and sealing request, if we cannot eliminate the need for the same.

Link to Appendix/Exhibits for Plaintiffs' Portion of Joint Stipulation:

https://nextcloud.millerbarondess.com/index.php/s/zXErX2QmrbxaT25

Password: RmcyRaNx8q
Expires: 1/4/2023

Best regards,
Murad

**Murad Salim**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Fax: 310-552-8400
Mobile: 210-978-6432

EXHIBIT L - Page 96

msalim@millerbarondess.com
www.millerbarondess.com
Biography

🌳 Please consider the environment – do you really need to print this email?

EXHIBIT L - Page 97