LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
DAVID W. SCHECTER (State Bar No. 296251)
dschecter@millerbarondess.com
MURAD SALIM (State Bar No. 342747)
msalim@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation; WEATHER GROUP, LLC, a Delaware limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S USA, LLC, a Delaware limited liability company,<br><br>Defendant. | **CASE NO. 2:21-cv-04972-FMO-MAA**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINE**<br><br>Date: March 9, 2023<br>Time: 10:00 a.m.<br>Crtrm.: 6D<br><br>Assigned for all purposes to:<br>Hon. Fernando M. Olguin<br><br>Complaint Filed: May 20, 2021<br>Case Removed: June 18, 2021<br>Trial Date: September 19, 2023 |

# ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs Entertainment Studios Networks, Inc. ("ESN") and Weather Group, LLC ("TWG") (collectively "Plaintiffs") move for an order extending the fact discovery cut-off by 60 days for the limited purpose of permitting the Magistrate Judge to resolve the parties' discovery dispute regarding Plaintiffs' deposition subpoena issued to Christopher Kempczinski, the CEO of McDonald's Corporation ("McDonald's Corp."), and to comply with such ruling on the merits.

Having considered the motion, and finding good cause exists to extend the fact discovery cut-off for the limited purpose sought,

**IT IS HEREBY ORDERED** that:

Plaintiffs' Motion for Limited Extension of Fact-Discovery Deadline is **GRANTED**. Fact discovery shall close on February 13, 2023, except the fact discovery deadline is hereby extended to April 14, 2023 for the limited purpose of resolving the dispute regarding the deposition of Mr. Kempczinski.

**IT IS SO ORDERED.**

DATED: _____, 2023

Hon. Fernando M. Olguin
Judge of the United States District Court