Patricia Brown Holmes (pro hac vice)
Amy Andrews (pro hac vice)
Shalem Massey (SBN 143281)
Jennifer Steeve (SBN 308082)
RILEY SAFER HOLMES &
CANCILA LLP
100 Spectrum Center Drive, Suite 440
Irvine, CA  92618
smassey@rshc-law.com
jsteeve@rshc-law.com
Telephone: (949) 359-5515
Facsimile: (949) 359-5501

Loretta E. Lynch (pro hac vice)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
lelynch@paulweiss.com

John C. Hueston (SBN 164921)
Moez M. Kaba (SBN 257456)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
jhueston@hueston.com
mkaba@hueston.com

*Attorneys for Defendant McDonald's USA, LLC*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation; WEATHER GROUP, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S USA LLC, a Delaware limited liability company,<br><br>Defendant. | **CASE NO. 2:21-cv-04972-FMO-MAA**<br><br>**DECLARATION OF AMY C. ANDREWS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINE**<br><br>Assigned to: Hon. Fernando M. Olguin; Hon. Maria A. Audero<br><br>Complaint Filed: May 20, 2021<br>Case Removed: June 18, 2021<br>Discovery Cut-Off: Feb. 15, 2023<br>Final PTC: Sept. 1, 2023<br>Trial Date: Sept. 19, 2023 |

# DECLARATION OF AMY C. ANDREWS

I, Amy C. Andrews, declare as follows:

1. I am a Partner at Riley Safer Holmes & Cancila LLP. I represent Defendant McDonald's USA, LLC ("McDonald's USA") in this action, and McDonald's Corporation and Mr. Kempczinski (collectively, the "Non-Parties"). I make this declaration in support of Defendant's Response to Plaintiffs' Motion for Limited Extension of Fact Discovery Deadline (ECF No. 103). The statements in this declaration are based on my personal knowledge after reasonable inquiry.

2. A true and correct copy of my June 23, 2022 letter to Plaintiffs' counsel, David Schecter, is attached hereto as Exhibit A.

3. On January 17, 2023, Magistrate Judge Audero held an IDC via Zoom with me and Mr. Schecter regarding the Joint Stipulation (ECF No. 92), at which time, the Court advised that pursuant to Fed. R. Civ. P. 45, only the court for the district where compliance is required has jurisdiction to hear a motion to quash, modify or for contempt. The Court further directed Counsel to meet and confer regarding how they would like to proceed.

4. On January 18, 2023, Mr. Schecter and I met and conferred via telephone. At that time, I inquired as to whether, in light of Judge Audero's guidance at the January 17, 2023 IDC, Plaintiffs would be willing to consider a compromise such that the parties could avoid further motion practice in the Northern District of Illinois, and specifically, whether they would (a) withdraw document request No. 6; and (b) agree to a deposition of Mr. Kempczinski limited in (i) time and (ii) scope (and specifically, to the two specific issues identified by Judge Audero as those upon which he appeared to have first-hand knowledge, namely, the text message to Mayor Lightfoot and the statements contained in the *Guster-Hines* complaint alleged to have been made by Mr. Kempczinski (*see* TAC ¶¶ 3, 6)). In an email to Mr. Schecter on January 20, 2023, I reiterated this request and specifically proposed the following compromise: a deposition conducted remotely via Zoom that is limited to 30 minutes

on the record and the two topics on which he has first-hand knowledge, i.e, the April 2021 text to Mayor Lightfoot and the statement alleged in the Third Amended Complaint filed in the *Guster-Hines* litigation to have been made by Mr. Kempczinski.  On January 23, 2023, Mr. Schecter declined, maintaining that Plaintiffs were entitled to all of Mr. Kempczinski's text messages, a five-and-half hour deposition of Mr. Kempczinski regarding "the corporate culture allegations in the [TAC]," as well making a new demand for a McDonald's Corp. Rule 30(b)(6) witness on the same topics.  Mr. Schecter and I had further meet and confers via telephone during the week of January 23, 2023, but were unable to reach agreement. True and correct copies of the correspondence between me and Mr. Schecter is attached hereto as Exhibit B.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 14, 2023

          */s/ Amy C. Andrews*
          Amy C. Andrews