# EXHIBIT B

**Robert Foley**

| | |
|---|---|
| **From:** | Amy Andrews |
| **Sent:** | Thursday, January 26, 2023 1:14 PM |
| **To:** | David W. Schecter |
| **Cc:** | Robert Foley; Murad Salim |
| **Subject:** | RE: [EXTERNAL EMAIL] McDonald's |

David,

Closing out our conversation on this topic. As we discussed, your client does not agree to a deposition of Mr. Kempczinski that is limited to (a) 30 minutes and (b) the two topics on which Judge Audero indicated she believed he had first-hand knowledge (the Lightfoot text and the *Guster-Hines* allegation). As we further discussed, McDonald's Corp. is also willing to provide Rule 30(b)(6) testimony to address the other "corporate culture" allegations in the TAC (through a limited deposition of Tiffany Boyd, Reggie Miller and/or Mason Smoot), but you also indicated that would not be acceptable given the proposed limitations on Mr. Kempczinski's deposition. Accordingly, we will proceed with filing a Rule 45 motion in the Northern District of Illinois on behalf of Mr. Kempczinski and McDonald's Corp.

Thanks,
Amy

Amy C. Andrews (bio)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com



**From:** Amy Andrews
**Sent:** Wednesday, January 25, 2023 6:18 PM
**To:** David W. Schecter <dschecter@millerbarondess.com>
**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] McDonald's

David,

Circling back on this in light of our conversation Monday evening. I've also had some further discussion with my client and have an additional consideration that I'd like to raise. Can we chat in the morning? I am free after 10 am central.

Thanks,
Amy

Amy C. Andrews (bio)
Riley Safer Holmes & Cancila LLP

1

70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com



**From:** Amy Andrews <AAndrews@rshc-law.com>
**Sent:** Monday, January 23, 2023 7:03 PM
**To:** David W. Schecter <dschecter@millerbarondess.com>
**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** Re: [EXTERNAL EMAIL] McDonald's

Apologies- been tied up on another matter. I can chat quickly now on my cell or we can set a time in AM. Let me know.

Amy Andrews
Riley Safer Holmes & Cancila LLP

**From:** David W. Schecter <dschecter@millerbarondess.com>
**Sent:** Monday, January 23, 2023 6:52:57 PM
**To:** Amy Andrews <AAndrews@rshc-law.com>
**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] McDonald's

Amy:

Should we discuss?

-David

**David W. Schecter**

M I L L E R | B A R O N D E S S LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400
dschecter@millerbarondess.com
www.millerbarondess.com
Biography

🌳 Please consider the environment – do you really need to print this email?

**From:** David W. Schecter
**Sent:** Sunday, January 22, 2023 8:27 PM
**To:** 'Amy Andrews' <AAndrews@rshc-law.com>
**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] McDonald's

Amy:

Thank you for your e-mail.  I have discussed with our clients.  The offer to make Mr. Kempczinski available for a 30 minute remote deposition on limited documents prejudices our clients.  Judge Olguin held that the corporate culture allegations in the complaint are relevant and plausibly demonstrate intentional discrimination.  Based on Judge Olguin's ruling, plaintiffs are entitled to a full deposition of Mr. Kempczinski on the issues raised in the complaint, including all of the corporate culture allegations.

The limited deposition via remote technology does not work and is inconsistent with how the parties have litigated this case.  We have made all of our witnesses available for in person deposition.  McDonald's deposed Plaintiffs' witnesses at length, including a two-day deposition of Mr. Allen that was in person.  Mr. Kempczinski is not entitled to a special set of rules.

If McDonald's insists on limiting the scope of the deposition, we are open to that, but on these terms:
- McDonald's agrees to make Mr. Kempczinski available for an in-person deposition on the corporate culture allegations in the Third Amended Complaint.  We are willing to limit this by the number of hours, but 30 minutes is insufficient.  We propose a 5 hour, 30 minute time limit, unless there is good cause to continue the examination due to excessive and improper objections and/or the witness either filibusters and/or refuses to provide responsive answers;
- McDonald's produces its Chief Diversity Officer for deposition and a 30(b)(6) witness on the corporate culture allegations in the Third Amended Complaint to ensure that Plaintiffs have a full and fair opportunity to conduct discovery on these issues;
- McDonald's produces the text messages from Mr. Kempczinski to Mayor Lightfoot that are alleged in the Third Amended Complaint, along with any other text messages between Mr. Kempczisnki and Mayor Lightfoot from January 1, 2021 to June 30, 2021 that relate to the text messages at issue and/or Mr. Kempczinski's views on race.

 I am available after 1pm Pacific tomorrow if we need to discuss.

Regards,

David

**David W. Schecter**

M I L L E R  |  B A R O N D E S S LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400
dschecter@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Amy Andrews <AAndrews@rshc-law.com>
**Sent:** Friday, January 20, 2023 3:51 PM
**To:** David W. Schecter <dschecter@millerbarondess.com>
**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] McDonald's

David,

Thanks for your email.  We have discussed this issue with our client, particularly in light of the guidance given to the parties by Magistrate Judge Audero during the IDC on January 17, 2023.  As an initial matter, I can confirm that I am counsel for Mr. Kempczinski, and we are not contesting service of the June 10, 2022 subpoena upon him.  In exchange, and pursuant to your June 24, 2022 letter to me agreeing to put enforcement of the subpeona "on hold," Plaintiffs agree that they will not assert that Mr. Kempczinski has "waived, or unduly delayed, in seeking to prevent [his] deposition[] through a motion to quash or motion for protective order."

During our meet and confer on January 18, 2023, I asked whether you would be willing to propose a compromise regarding the subpoena to Mr. Kempczinski that would obviate the need for further motion practice, as well as the need to extend the discovery cut-off.  At that time, you stated that you were not interested in doing so.  Nevertheless, and in a final effort to resolve this matter outside of the courts and before the February 13, 2023 fact discovery cut-off, McDonald's Corp. and Mr. Kempczinski offer the following proposal:

- Mr. Kempczinski will agree to appear for a deposition conducted remotely via Zoom that is limited: (a) in duration to 30 minutes on the record and (b) to the two topics identified by Magistrate Judge Audero as those on which he has first-hand knowledge, i.e, the April 2021 text to Mayor Lightfoot and the statement alleged in the Third Amended Complaint filed in the *Guster-Hines* litigation to have been made by Mr. Kempczinski (namely, that the "numbers [of African Americans] don't matter" (Paras. 8, 112)).
- Plaintiffs will be limited to a single party representative in attendance at the deposition.
- Acceptance of this proposal will constitute full compliance with the subpoena, and Plaintiffs will not seek further enforcement.

This is a very reasonable resolution, and is consistent with Magistrate Judge Audero's guidance during the IDC on January 17, 2023, as well as applicable precedent regarding depositions of apex witnesses, which only authorizes them (if at all) on a limited basis.  *See, e.g., Apple, Inc. v. Samsung Elec. Co., Ltd.*, 282 F.R.D. 259, 265 (N.D. Cal. 2012) (permitting the limited deposition of defendant's CEO, noting that he was the "quintessential 'apex'", but holding that anything beyond the limited scope was unwarranted because a "proffer of evidence suggesting unique knowledge is insufficient to warrant unrestricted deposition time and subject matter").

We request that you discuss this proposal with your client and give it full consideration.  If Plaintiffs do not agree, I am available on Monday before 11 AM or after 2 PM CST to meet and confer about how you intend to proceed.

Thanks,
Amy


Amy C. Andrews (bio)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com



---

**From:** David W. Schecter <dschecter@millerbarondess.com>
**Sent:** Friday, January 20, 2023 1:41 PM
**To:** Amy Andrews <AAndrews@rshc-law.com>

**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** Re: [EXTERNAL EMAIL] McDonald's

Amy,

Following up. Please advise.

-David

Sent from my iPhone

> On Jan 19, 2023, at 7:27 PM, Amy Andrews <AAndrews@rshc-law.com> wrote:
>
> David,
>
> I am still discussing with my client. Will circle back with you tomorrow.
>
> Amy
>
> Amy Andrews
> Riley Safer Holmes & Cancila LLP

**From:** David W. Schecter <dschecter@millerbarondess.com>
**Sent:** Thursday, January 19, 2023 5:16:53 PM
**To:** Amy Andrews <AAndrews@rshc-law.com>
**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] McDonald's

Amy:

Can you please let me know where your client stands on the following:

- Stipulation to transfer motions to enforce/quash the Kempczinski subpoena from ND Ill to CD Cal – (note, per the attached, McDonald's agreed to have CD Cal hear all disputes regarding the subpoena)
- Confirming that you accepted service on behalf of Mr. Kempczinski and that he is not challenging service
- Extending fact discovery cut off so that there is sufficient time for CD Cal to resolve these disputes on the merits

Regards,

David

**David W. Schecter**

M I L L E R  |  B A R O N D E S S LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400

5

dschecter@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** Amy Andrews <AAndrews@rshc-law.com>
**Sent:** Wednesday, January 18, 2023 2:52 PM
**To:** David W. Schecter <dschecter@millerbarondess.com>
**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** RE: [EXTERNAL EMAIL] McDonald's

5 PST/7CST works for us.

Amy C. Andrews (bio)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8756
aandrews@rshc-law.com
www.rshc-law.com
<image003.png>

**From:** David W. Schecter <dschecter@millerbarondess.com>
**Sent:** Wednesday, January 18, 2023 3:10 PM
**To:** Amy Andrews <AAndrews@rshc-law.com>
**Cc:** Robert Foley <RFoley@rshc-law.com>; Murad Salim <msalim@millerbarondess.com>
**Subject:** [EXTERNAL EMAIL] McDonald's

Amy:

We have researched the issues and will be speaking with our client in a few hours. Are you able to talk around 5pm PT? We should touch base tonight.

-David

**David W. Schecter**

MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7567
Fax: 310-552-8400
dschecter@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?
CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended

recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.