UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-4972 FMO (MAAx) | Date | December 12, 2024 |
|---|---|---|---|
| Title | Entertainment Studios Networks, Inc., et al. v. McDonald's USA, LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff: | | Attorney Present for Defendant: |
| Skip Miller | | John Hueston |

**Proceedings:**     **Telephonic Status Conference**

The court and counsel confer off the record regarding the status of the case.

A separate further proceedings order will issue.

|  | 00 : 12 |
|---|---|
|  | Initials of Preparer     vdr |