**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Entertainment Studios Networks, Inc. et al.<br><br>Plaintiff(s)<br>v.<br>McDonald's USA, LLC<br><br>Defendant(s) | CASE NUMBER<br>2:21-cv-04972-FMO-MAA<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐ Other

*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

*Street Address*

*City, State, Zip*          *E-Mail Address*

*Telephone Number*     *Fax Number*     *State Bar Number*

as attorney of record instead of _____

List **all** attorneys from same firm or agency who are withdrawing.

**is hereby** ☐ GRANTED ☐ DENIED

☒ The Court hereby orders that the request of [Loretta E. Lynch]

List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for [Defendants McDonald's Corporation and McDonald's USA, LLC]

**is hereby** ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)          **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**